FOR PUBLICATION

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| JESSE BUSK; LAURIE CASTRO, on behalf of themselves and all others similarly situated,<br>    *Plaintiffs-Appellants*,<br><br>v.<br><br>INTEGRITY STAFFING SOLUTIONS, INC.,<br>    *Defendant-Appellee*. | No. 11-16892<br><br>D.C. No. 2:10-cv-01854-RLH-RJJ<br><br>ORDER |

On Remand from the United States Supreme Court

Filed July 7, 2015

Before: Sidney R. Thomas, Chief Judge and Jerome Farris and N. Randy Smith, Circuit Judges.

---

## ORDER

Pursuant to the Opinion of the Supreme Court in *Integrity Staffing Solutions, Inc. v. Busk*, 574 U.S.___, 135 S. Ct. 513 (2014), the judgment of the district court dismissing Plaintiffs' claims that they were entitled to compensation for time spent passing through security screening at the end of the work day under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq*., as amended by the Portal -to-Portal Act

of 1947, § 251 *et seq.*, and under parallel state law, is
**AFFIRMED.** Costs are awarded to Defendant in the amount
of $1,077.25.